IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 1 4 2000

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) | MDL 875 |
| This Document Relates to United States District Court for Maryland ) ) ) | |
| (See Attachment A) ) ) ) | |

AND NOW, this **11th** day of **August**, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

*Charles R. W*——
Charles R. Weiner